EO09  N  616  SDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr- 00204-IM |
| v. | INDICTMENT |
| DEVON DARIUS BOOKER-HARRIS, | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. §§ 922(o), 924(a)(2) |
| Defendant. | Forfeiture Allegation |

## THE GRAND JURY CHARGES:

### COUNT 1
### (Felon in Possession of Ammunition)
### (18 U.S.C. § 922(g)(1))

On or about December 4, 2025 to April 16, 2026, in the District of Oregon, defendant

**DEVON DARIUS BOOKER-HARRIS**, knowing that he had been previously convicted of a

crime punishable by imprisonment for a term exceeding one year, specifically:

(1)    Attempted Robbery in the First Degree, on or about July 10, 2023, in Multnomah

County Circuit Court, Case Number 17CR81235;

(2)    Attempted Kidnapping in the First Degree, on or about July 10, 2023, in

Multnomah County Circuit Court, Case Number 17CR81235;

(3)    Unlawful Use of a Weapon – Firearm, on or about July 10, 2023, in Multnomah

County Circuit Court, Case Number 17CR81235;

Indictment                                                                                    Page 1

did knowingly and unlawfully possess the following ammunition;

    (1)     Tulammo 7.62 x 39mm;

    (2)     Winchester Super X 410 shotgun shells;

    (3)     Remington .223;

    (4)     Blazer 38 Special;

    (5)     Assorted 9mm;

    (6)     Assorted .45 caliber;

    (7)     Assorted 380 auto;

which ammunition had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2
**(Possession of a Machine Gun Conversion Device(s))**
**(18 U.S.C. §§ 922(o), 924(a)(2))**

On or about December 4, 2025 to April 16, 2026, in the District of Oregon, defendant

**DEVON DARIUS BOOKER-HARRIS**, did unlawfully and knowingly possess machine gun,

that is, a machine gun conversion device, also referred to as a "full auto sear" or a "Glock

switch," causing the firearm to shoot, be designed to shoot, and be readily restored to shoot

automatically more than one shot, without manual reloading, by a single function of the trigger,

including any part designed and intended to solely and exclusively, or combination of parts

designed and intended, for use in converting a weapon into a machinegun, and any combination

of parts from which a machinegun can be assembled if such parts are in the possession or under

the control of the defendant;

**Indictment**                                                                 **Page 2**

In violation of Title 18, United States Code, Section 922(o) and 924(a)(2) and Title 26, United States Code, Section 5845(b).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1 and/or Count 2, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm, ammunition and firearm accessories, involved in that offense, including without limitation:

(1)    Tulammo 7.62 x 39mm;

(2)    Winchester Super X 410 shotgun shells;

(3)    Remington .223;

(4)    Blazer 38 Special;

(5)    Assorted 9mm;

(6)    Assorted .45 caliber;

(7)    Assorted 380 auto;

(8)    Machinegun Conversion Device(s)

Dated: June 8, 2026

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney

Indictment                                                    Page 3